**P. ANDREW McSTAY, JR.**, OSB 033997
andymcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 778-5302 tel
(503) 778-5299 fax

Attorneys for Defendant Jacksons Food Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BRIAN NORBY** and **JACQUELINE MAY**, individually and on behalf of all others similarly situated,<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**JACKSONS FOOD STORES, INC.**,<br><br>**DEFENDANT**. | Case No. 3:23-cv-00005-IM<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**CERTIFICATE OF COMPLIANCE**

Counsel for defendant Jacksons Food Stores, Inc. ("Jacksons") has conferred with plaintiffs' counsel regarding the subject of this motion. Plaintiffs do not oppose the requested extension.

**MOTION**

Jacksons respectfully moves for an order under Fed. R. Civ. P. 6(b) and LR 16-3 extending the time in which they must respond to plaintiffs' Complaint by 21 days. Plaintiffs served Jacksons with the Complaint on December 2, 2022, and Jacksons timely removed the

Page 1 – UNOPPOSED MOTION FOR EXTENSTION OF TIME TO RESPOND TO COMPLAINT

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Complaint to this Court on January 3, 2023. The current deadline for Jacksons' response to the Complaint is January 10, 2023. Jacksons respectfully request an extension of 21 days in which to file its response, whether an answer or Fed. R. Civ. P. 12 motion(s), to plaintiffs' Complaint. If the Court grants this unopposed extension request, Jacksons' deadline to respond to the Complaint will be January 31, 2023.

The reason for the requested extension is that the parties are exploring a possible early resolution of this matter and hope to conserve judicial and the parties' resources while they do so. Jacksons also requires additional time to investigate the facts and circumstances of plaintiffs' claims to formulate an appropriate response.

This unopposed motion is made in good faith and not for purposes of delay, and without waiver of any defense that may be raised in a responsive pleading or motion under Fed. R. Civ. P. 12.

DATED this 9th day of January, 2023.

**DAVIS WRIGHT TREMAINE LLP**

By s/ P. Andrew McStay, Jr.
**P. Andrew McStay**, OSB 033997
andymcstay@dwt.com
(503) 778-5302 tel
(503) 778-5299 fax

Attorneys for Defendant Jacksons Food Stores, Inc.