Cody Hoesly, OSB #052860
choesly@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 222-4424

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRIAN NORBY and JACQUELINE MAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JACKSONS FOOD STORES, INC.,<br><br>Defendant. | Case No.  3:23-cv-00005<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiffs Brian Norby and Jacqueline May hereby dismiss, without prejudice, all claims against Defendant Jacksons Food Stores, Inc. Each party shall bear its own costs.

Dated: January 27, 2023

                                              LARKINS VACURA KAYSER LLP

                                               */s/ Cody Hoesly*
                                              Cody Hoesly, OSB #052860
                                              choesly@lvklaw.com

                                              *Attorney for Plaintiffs*

Page 1 – NOTICE OF VOLUNTARY DISMISSAL